Order entered March 25, 2022



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00239-CV

## IN RE MAURICE JOEL HEROD, Relator

**Original Proceeding from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00470**

## ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus without prejudice to refiling a petition with a record that complies with Texas Rule of Appellate Procedure 52.

/s/    CRAIG SMITH
JUSTICE